UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:18-cv-02232-JAR-JPO |
| SHANNON VALLEY VENTURES LLC, a Kansas limited liability company, and | : |
| LEONE ORIGINAL PIZZA, LLC, a Kansas limited liability company, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant SHANNON VALLEY VENTURES, LLC, by and through their respective counsel, and stipulate to the dismissal of this action against Defendant SHANNON VALLEY VENTURES, LLC with prejudice pursuant to FRCP 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding all matters in this action.

DATE: August 3, 2018

| LAW OFFICES OF ROBERT J. VINCZE | ORRICK & ERSKINE, LLP |
|---|---|
| /s/ *Robert J. Vincze* | /s/*Tim Orrick* |
| Robert J. Vincze, KS #14101 | Tim Orrick, KS #12511 |
| PO Box 792 | Central Bank Building |
| Andover, KS 67002 | 11900 College Boulevard, Suite 204 |
| Phone: (303) 204-8207 | Overland Park, Kansas 66210 |
| vinczelaw@att.net | Phone: (913) 800-8556 |
| | timorrick@orricklawgroup.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| | *Shannon Valley Ventures, LLC* |